HIGHMOUNT OLYMPIC FUND, LLC, Plaintiff, v PIPE EQUITY PARTNERS, LLC, et al., Defendants.

PIPE EQUITY PARTNERS, LLC, Appellant, v HIGHMOUNT OLYMPIC FUND, LLC, Respondent.

Submitted August 20, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the consolidated action within the meaning of the Constitution.

In the Matter of LOUIS JACKSON, II, Appellant, v DEBBRA BEACH, Respondent.

Submitted August 6, 2012; decided October 25, 2012

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of the Family Court order as denied appellant's petitions to enforce a prior Family Court order, dismissed upon the ground that such portion of the order does not finally determine the proceedings within the meaning of the Constitution; motion for leave to appeal otherwise denied.